IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES DAN GOFF,

    Plaintiff,

v.                                          Case No. 4:23-cv-495-AW-MJF

BRANDY BUMPLEY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having carefully considered the matter, I now adopt the report and recommendation (ECF No. 9) and incorporate it into this order. The magistrate judge explained why Plaintiff failed to state a claim, and Plaintiff has not filed an amended complaint, notwithstanding his opportunity to do so. Plaintiff also has not objected to the report and recommendation.

The clerk will enter a judgment that says, "This case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim on which relief may be granted." The clerk will then close the file.

SO ORDERED on May 6, 2024.

                                                    s/ *Allen Winsor*
                                                    United States District Judge